FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 30 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JORGE HERNANDEZ | |

Case No. 4:15CR210-01 BSM

USM No. 08307-010

Kim Driggers
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) __1-5__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Special (1) | Failure to report for scheduled drug testing | 04/16/2018 |
| 2 - Standard (2) | Failure to submit monthly reports | 12/31/2016 |
| 3 - Special | Failure to pay fine | 01/31/2017 |
| 4 - Mandatory | Possession of controlled substance | 03/14/2018 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4610

Defendant's Year of Birth: 1966

City and State of Defendant's Residence:
Little Rock, Arkansas

04/30/2018
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Brian S. Miller, U.S. District Judge
Name and Title of Judge

4-30-18
Date

DEFENDANT: JORGE HERNANDEZ
CASE NUMBER: 4:15CR210-01 BSM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Standard (7) | Use of controlled substances | 03/14/2018 |

DEFENDANT: JORGE HERNANDEZ
CASE NUMBER: 4:15CR210-01 BSM

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

6 months w/ no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends placement in Central Arkansas.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL